UNITED STATES DISTRIC COURT.
WESTERN DISTRICT OF PENNSYLVANIA.

11-228

PLAINTIFF-
  LILLIAN M BEEMAN
DEFENDANT
  -US-
  JOHN M KENNEY        Complaint

On Tues. Sept 27th. John M Kenney - 191 Main st.
Poughkeepsie NY 12601 - office - 845. 471. 6662 x 123
FAX 845. 473. 1426 - on behalf of the IRS -
Came onto my son's (Bart) property To lock me
out of my mobile home. This is all property
of 981 Old St. Rd. Waterford Pa - He had
state Policeman with him. They were on private
property.

                    Lillian M. Beeman.
                    10-04-11

                    981 Old St Rd.
                    W. Ja Pa 16441

814- 796 2697 -